```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                           :
:
    -v-                                              :    17-CR-00752 (KHP)
:
SHAMIKA BOYCE,                                     :    ORDER
:
                Defendant(s).                  :
:
-----------------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

      It is hereby ORDERED that the Status Conference in this matter that is scheduled for **Thursday, June 18, 2020 at 10:00 a.m.** in Courtroom 17D of 500 Pearl Street, New York, New York 10007 is hereby **converted to a telephonic conference.** The Parties should call into the court conference line at (866) 434-5269 Code: 4858267 at the scheduled time.

      SO ORDERED.

Dated: May 12, 2020
       New York, New York

                                                                         KATHARINE H. PARKER
                                                                         United States Magistrate Judge